UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-9507-MEMF-PD                                   Date: May 11, 2026

Title     *Ernest Martinez v. Alhambra Police Department*

Present:  The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
             N/A                                         N/A

**Proceedings (In Chambers):   Order to Show Cause Why Case Should
                               Not Be Dismissed**

On November 6, 2025, Ernest Martinez ("Plaintiff"), a California resident proceeding pro se, filed a complaint under 42 U.S.C. § 1983 against Defendant Alhambra Police Department for violation of his civil rights, along with a motion to proceed *in forma pauperis* ("IFP Motion").  Dkt. Nos. 1, 2. Plaintiff alleges that he was harassed by the Alhambra Police Department on many occasions.  *Id.* at 4.[1]  The last incident occurred when he was sitting in his parked car at 1:00 a.m. and an officer turned his high beams and sirens on and off.  *Id.*  He alleges that he called the Alhambra Police Department to complain, but they responded that the officer was just making his rounds.  *Id.* Plaintiff seeks monetary and punitive damages.  *Id.* at 6.

On February 23, 2026, the Court granted Plaintiff's request to proceed without prepayment of filing fees.  Dkt. No. 10.

On February 27, 2026, the Court issued a screening order dismissing the Complaint with leave to amend for failure to comply with Federal Rule of Civil Procedure 8 and failure to state claims under 42 U.S.C. § 1983.  Dkt.

---

[1] The Court uses the page numbers inserted on the pleadings by the electronic docketing system.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-9507-MEMF-PD                               Date: May 11, 2026

Title     _Ernest Martinez v. Alhambra Police Department_

No. 11.  The Order granted Plaintiff leave to file a First Amended Complaint by March 27, 2026.  _Id_.  The deadline for filing Plaintiff's First Amended Complaint has passed, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since November 21, 2025.  Dkt. No. 9.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's February 27, 2026 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before May 27, 2026**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's February 27, 2026 Order; or
(2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of the case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED**.

Attachment:  Notice of Dismissal, Form CV-09